COMMONWEALTH of Pennsylvania,
Petitioner

v.

Shawn Edward LEE, Respondent

Commonwealth of Pennsylvania,
Petitioner

v.

Shawn Edward Lee, Respondent

No. 96 WAL 2017
No. 97 WAL 2017

Supreme Court of Pennsylvania.

August 16, 2017

## ORDER

PER CURIAM

**AND NOW,** this 16th day of August, 2017, the Petition for Allowance of Appeal is **DENIED.**

James **FLOYD,** Jr., Executor of the Estate of James C. Floyd, Sr., Deceased

v.

**ASTENJOHNSON, INC.**

Petition of: James Floyd Jr.

No. 168 EAL 2017

Supreme Court of Pennsylvania.

August 16, 2017

## ORDER

PER CURIAM

**AND NOW,** this 16th day of August, 2017, the Petition for Allowance of Appeal is **DENIED.**

**WESTMORELAND REGIONAL HOSPITAL, Respondent**

v.

**SUBWAY REAL ESTATE CORP., Petitioner**

No. 139 WAL 2017

Supreme Court of Pennsylvania.

August 16, 2017

## ORDER

PER CURIAM

**AND NOW,** this 16th day of August, 2017, the Petition for Allowance of Appeal is **DENIED.**